| | | |
|---|---|---|
| PROB 22 (Rev. 2/88) | **FILED** CLERK, U.S. DISTRICT COURT  5/26/2022  CENTRAL DISTRICT OF CALIFORNIA  BY: CD  DEPUTY | DOCKET NUMBER *(Tran. Court)* 053L 2:05CR00299-002 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:22-cr-00231-FMO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Andy Huynh | Louisiana Eastern | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | Eldon E. Fallon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/8/2019 — TO 11/7/2024 |

**OFFENSE**

Count 1: 21 U.S.C. § 846 - Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Methamphetamine and 500 Grams or More of Cocaine Hydrochloride

Count 2: 21 U.S.C. § 841 (a)(1) - Possession with the Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methanphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __LOUISIANA__

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/19/21

_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __CALIFORNIA__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 26, 2022

_____
Effective Date

_____
United States District Judge